# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSEPH BRADLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-683

[November 30, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 432006CF000853.

Joseph Bradley, Doral, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***